# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Donald Weese,<br><br>    Plaintiff,<br><br>vs.<br><br>Kodak Oil & Gas (USA) Inc., n/k/a<br>Whiting Resources Corporation,<br><br>    Defendant. | **ORDER ADOPTING STIPULATION**<br>**TO EXTEND DEADLINES**<br><br><br>Case No. 1:17-cv-189 |

On February 22, 2019, the parties filed a Stipulation to Extend Deadlines. The Court **ADOPTS** the parties' stipulation (Doc. No. 43) and **ORDERS** that they shall have until March 15, 2019, to complete fact discovery and file discovery motions.

    **IT IS SO ORDERED.**

Dated this 25th day of February, 2019.

                                                */s/ Clare R. Hochhalter*
                                                Clare R. Hochhalter, Magistrate Judge
                                                United States District Court