# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NORTH DAKOTA

DONALD WEESE                                                                     PLAINTIFF

VS.                              1:17-CV-00189-BRW

KODIAK OIL & GAS (USA) n/k/a
WHITING RESOURCES CORPORATION                       DEFENDANT

## ORDER

### Dr. Blake Johnson Deposition

Plaintiff's objection to page 49, line 18, through page 50, line 16, is OVERRULED.

### Steven Beede Deposition

Plaintiff's objection to page 16, line 10 through page 25, line 17 is SUSTAINED. It is possible that Plaintiff's testimony may open the door, but counsel should approach the bench out of the hearing of the jury if counsel believes the door has been opened.

Plaintiff's objection to page 49, lines 4 through 13, is OVERRULED. If Plaintiff's objection is correct, and this has already been covered, then I'll sustain the objection because it would be cumulative.

Plaintiff's objection to page 50, line 4 through 9, is SUSTAINED.

IT IS SO ORDERED this 20th day of August, 2019.


                                           Billy Roy Wilson
                                           UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

DONALD WEESE                                                                             PLAINTIFF

VS.                                         1:17-CV-00189-BRW

KODIAK OIL & GAS (USA) n/k/a
WHITING RESOURCES CORPORATION                         DEFENDANT

## ORDER

### Dr. Blake Johnson Deposition

Plaintiff's objection to page 49, line 18, through page 50, line 16, is OVERRULED.

### Steven Beede Deposition

Plaintiff's objection to page 16, line 10 through page 25, line 17 is SUSTAINED. It is possible that Plaintiff's testimony may open the door, but counsel should approach the bench out of the hearing of the jury if counsel believes the door has been opened.

Plaintiff's objection to page 49, lines 4 through 13, is OVERRULED. If Plaintiff's objection is correct, and this has already been covered, then I'll sustain the objection because it would be cumulative.

Plaintiff's objection to page 50, line 4 through 9, is SUSTAINED.

IT IS SO ORDERED this 20th day of August, 2019.

                                         Billy Roy Wilson
                                         UNITED STATES DISTRICT JUDGE